1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ANN H. McGLENON, Bar #100433
JANET BATEMAN, Bar #241210
3 | Assistant Federal Defenders
Designated Counsel for Service
4 | 2300 Tulare Street, Suite 330
Fresno, California  93721-2226
5 | Telephone: (559) 487-5561

6 | Attorney for Defendant
LORENZO GAITAN
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) Case No.  1:13-cr-00389 AWI-BAM
                              )
12 |            *Plaintiff,*      ) **STIPULATION AND ORDER TO MODIFY**
                              ) **TERM OF PRETRIAL SUPERVISION**
13 | vs.                          )
                              )
14 |                              ) **Date:** June 6, 2014
LORENZO GAITAN,               ) **Time:** 1:00 p.m.
15 |                              ) **Dept:** Hon. Barbara A. McAuliffe
                              )
16 |            *Defendant.*      )
                              )
17 | _____ )

18

19

20     **IT IS HEREBY STIPULATED** by and between the parties hereto through their

21 | respective counsel that the terms of Mr. Lorenzo Gaitan's pretrial supervision may be modified

22 | to allow him to leave the State and Eastern District of California to travel to the State of Nevada

23 | on June 6, 2014 and return no later than June 8, 2014.  The purpose of such travel is that Mr.

24 | Gaitan wishes to travel to his grandfather's home, with his children, to attend a family reunion.

25 | All other terms of pretrial supervision would remain in full force and effect.  Pretrial Services

26 | Officer Jacob Scott has no objection to this request.

27

28 | / / /

1

2

BENJAMIN B. WAGNER
United States Attorney

DATED: June 5, 2014                                    By:     /s/ Melanie Alsworth
3                                                                    MELANIE ALSWORTH
                                                                     Assistant United States Attorney
4                                                                    Attorney for Plaintiff

5

6
HEATHER E. WILLIAMS
Federal Defender

7

DATED: June 5, 2014                                    By:     /s/ Janet Bateman
8                                                                    ANN H. McGLENON
                                                                     JANET BATEMAN
9                                                                    Assistant Federal Defender
                                                                     Attorney for Defendant
10                                                                   LORENZO GAITAN

11

12

13

**O R D E R**

14

15

          **IT IS SO ORDERED THAT** defendant Lorenzo Gaitan's pretrial supervision

16

may be modified to allow him to leave the State and Eastern District of California to travel to the

17

State of Nevada on June 6, 2014 and return no later than June 8, 2014.

18

19

IT IS SO ORDERED.

20

21        Dated:   **June 5, 2014**                              /s/ Barbara A. McAuliffe

22                                                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28