1 | BENJAMIN B. WAGNER
United States Attorney
2 | MELANIE L. ALSWORTH
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

FILED
OCT 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00389 AWI-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL REDACTED COPY OF SUPERSEDING INDICTMENT |
| v. | |
| LORENZO GAITAN, | |
| Defendant. | |

The superseding indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the redacted copy of the superseding indictment be made public record.

DATED: 10/29/2014

_____
Honorable Stanley A. Boone
United States Magistrate Judge

Motion to Unseal Indictment                    2