HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
LORENZO GAITAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZO GAITAN,<br><br>Defendant. | Case No.  1:13-cr-00389 AWI-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER<br><br>DATE:  March 9, 2015<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, MELANIE L. ALSWORTH, counsel for plaintiff, Assistant Federal Defender, JANET BATEMAN, counsel for defendant LORENZO GAITAN, that the hearing currently set for April 13, 2015 , **may be vacated and the matter reset for a change of plea hearing March 9, 2015 at 10:00 a.m. before District Judge Anthony W. Ishii.**

The parties have reached an agreement.  The defense has submitted a signed plea agreement, which the Assistant United States Attorney will file shortly.

The parties agree that the time until the change of plea hearing shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

1

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: March 5, 2015                */s/ Melanie L. Alsworth*
                                        MELANIE L. ALSWORTH
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: March 5, 2015                */s/ JANET BATEMAN*
                                        JANET BATEMAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LORENZO GAITAN


                                      **O R D E R**

IT IS SO ORDERED.

Dated:   March 5, 2015                                          _____
                                                          SENIOR DISTRICT JUDGE