1 McGREGOR W. SCOTT
United States Attorney
2 MELANIE L. ALSWORTH
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00389-AWI-BAM |
|---|---|
| Plaintiff, | REQUEST TO UNSEAL INDICTMENT; AND ORDER |
| v. | |
| RICARDO MOJICA, | |
| Defendant. | |

**REQUEST TO UNSEAL SUPERSEDING INDICTMENT AGAINST DEFENDANT MOJICA**

On or about September 18, 2014, a superseding indictment was filed under seal. The superseding indictment charged Ricardo Mojica as a co-defendant of Lorenzo Gaitan. Because an arrest warrant was issued for defendant Mojica, the superseding indictment was filed under seal.

The government intends to file a motion to dismiss the superseding indictment. As a result, there is no need for the superseding indictment to remain under seal. Accordingly, the United States asks that the Court order that the superseding indictment, and any related case filings be unsealed.

Dated: December 5, 2018   McGREGOR W. SCOTT
United States Attorney

By: /s/Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO MOJICA,<br><br>DEFENDANT. | CASE NO. 1:13-CR-00389-AWI-BAM<br><br>ORDER TO UNSEAL SUPERSEDING INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated: __December 6, 2018__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE