| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | CHARLES LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>Lorenzo Gaitan |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00389-AWI-BAM |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | |
| LORENZO GAITAN, | |
| Defendant. | |

Defendant Lorenzo Gaitan hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $1,000 cash posted by his sister, Lionor Rodriguez, per DKT #8, Receipt # CAE100023961.

On October 16, 2013, the Court ordered Defendant released on conditions including a $1,000 cash bond, which was posted that same date. Mr. Gaitan subsequently plead guilty and was sentenced on May 18, 2015, with a self-surrender date to the Bureau of Prisons of August 31, 2015. Exh A. Per the BOP website, Mr. Gaitan completed his sentence and was released on March 20, 2019. Since no conditions of the bond remain to be satisfied, Mr. Gaitan is now requesting that the $1,000 cash bond be exonerated and reconveyed to Lionor Rodriguez pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

///

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 8, 2019 | | */s/ Charles Lee*<br>CHARLES LEE<br>Assistant Federal Defender<br>Attorney for Lorenzo Gaitan |

**ORDER**

The Court finds that Lorenzo Gaitan has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $1,000 cash bond in the above-captioned case and reconvey the cash to Lionor Rodriguez, who originally posted the cash bond. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **April 8, 2019**

UNITED STATES MAGISTRATE JUDGE